AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No. __05- 203 KAJ__

## ACKNOWLEDGMENT OF RECEIPT FOR AO FORM 85

## *NOTICE OF AVAILABILITY OF A UNITED STATES MAGISTRATE JUDGE TO EXERCISE JURISDICTION*



RECEIVED APR 2 5 2005 U.S. DISTRICT COURT DISTRICT OF DELAWARE

I HEREBY ACKNOWLEDGE RECEIPT OF ___2___ COPIES OF AO FORM 85.

__4/19/05__
(Date forms issued)

_____
(Signature of Party or their Representative)

__Ronald J. Drescher__
(Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action