AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of __Delaware__

The Bancorp Bank

V.

William R. Nettles and
Carole J. Nettles

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:  05 - 203

TO: (Name and address of Defendant)

WILLIAM R. NETTLES
1444 Frederickson Road
Meridian, MS 39305

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

One Commerce Center
1201 North Orange Street
Suite 732
Wilmington, DE 19801-1186

Ronald J. Drescher, Esquire

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**PETER T. DALLEO**                                        4-8-05

CLERK                                                      DATE

(By) DEPUTY CLERK

AO 440 (REV. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | | |
|---|---|---|
| Service of the Summons and Complaint was made by me. 1 | DATE | 5/5/05 |
| NAME OF SERVER (PRINT) ARCHIE MCKAY | TITLE | PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: RESIDENCE: 1444 FREDERICKSON RD, MERIDIAN, MS 39305

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| $45.77 | $18.00 | $63.77 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service fees is true and correct.

Executed on  5/5/05
Date

Signature of Server: Archie McKay

Address of Server: 518 E JASPER ST, BRANDON, MS 39042

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.