**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on this 25th day of May, 2005, a copy of the **Answer and Counterclaim** was served on the following counsel, in the manner as indicated:

**VIA FIRST CLASS MAIL**
Ronald J. Drescher, Esq.
Drescher & Associates
One Commerce Center
1201 North Orange Street
Suite 732
Wilmington, DE 19801

/s/ Jeffrey C. Wisler
Jeffrey C. Wisler

#398134