Jeffrey C. Wisler
Partner
TEL (302) 888 6258
FAX (302) 658 0380
EMAIL jcw@cblhlaw.com
REPLY TO Wilmington Office

<u>**VIA HAND DELIVERY**</u>
The Honorable Kent A. Jordan
United States District Court
for the District of Delaware
844 North King Street
Lock Box 10
Wilmington, DE 19801

June 10, 2005

RE:    <u>**The Bancorp Bank v. William R. Nettles and Carole J. Nettles**</u>
       **C.A. No. 1:05-cv-0023-KAJ**

Dear Judge Jordan:

This firm is counsel to William and Carole Nettles, Defendants in the above-referenced action.

Per Your Honor's letter to counsel dated May 26, 2005, I contacted Chambers and obtained three possible dates at the end of this month for a scheduling telephone conference. Prior to choosing a date, however, I was advised that the parties to this action have agreed to a 30 day stay of both this Civil Action, and a parallel civil action pending in the United States District Court of the Southern District of Mississippi, Eastern Division, *William R. Nettles and Carole J. Nettles v. A.G. Edwards & Sons, Inc.*, case number 4:05CV66-TSL-AGN. The purpose of the stay is to explore settlement. Accordingly, I hereby request that Your Honor permit the stay and allow counsel to contact Your Honor's secretary no later than July 15, 2005, to schedule the telephone conference with the Court.

Your Honor's consideration of this request is appreciated.

Respectfully,

**/s/ Jeffrey C. Wisler**

Jeffrey C. Wisler

JCW/dap
cc:    Mr. and Mrs. William and Carole Nettles
       Thomas L. Webb, Esq. (via facsimile)
       Ronald J. Drescher, Esq. (via hand delivery)
       Clerk of the Court (via hand delivery)

#400827