# CONNOLLY BOVE LODGE & HUTZ LLP
### ATTORNEYS AT LAW

The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington DE 19899
TEL (302) 658 9141
FAX (302) 658 5614

1990 M Street, NW, Suite 800
Washington DC 20036
TEL (202) 331 7111
FAX (202) 293 6229

WEB www.cblh.com

**Jeffrey C. Wisler**
Partner
TEL (302) 888 6258
FAX (302) 658 0380
EMAIL jcw@cblhlaw.com
REPLY TO Wilmington Office

**VIA HAND DELIVERY**
The Honorable Kent A. Jordan
United States District Court
for the District of Delaware
844 North King Street
Lock Box 10
Wilmington, DE 19801

July 18, 2005

RE:    **The Bancorp Bank v. William R. Nettles and Carole J. Nettles**
       C.A. No. 1:05-cv-00203-KAJ

Dear Judge Jordan:

This firm is counsel to William and Carole Nettles, Defendants in the above-referenced civil action.

I am advised that the parties have agreed to settle a parallel civil action pending in the United States District Court of the Southern District of Mississippi, Eastern Division, *William R. Nettles and Carole J. Nettles v. A.G. Edwards & Sons, Inc.*, case number 4:05CV66-TSL-AGN. This settlement should fully and finally resolve the case before Your Honor. Accordingly, I propose to file with the Court a Stipulation of Dismissal, or a further status report, on or before August 31, 2005.

I am available at the Court's convenience should Your Honor have any questions.

Respectfully,

Jeffrey C. Wisler

JCW/dap
cc:    Mr. and Mrs. William and Carole Nettles
       Thomas L. Webb, Esq. (via facsimile)
       Ronald J. Drescher, Esq. (via hand delivery)
       Clerk of the Court (via hand delivery)

#406832