

**CONNOLLY BOVE LODGE & HUTZ LLP**
ATTORNEYS AT LAW

The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington DE 19899
TEL (302) 658 9141
FAX (302) 658 5614

Jeffrey C. Wisler
Partner
TEL (302) 888 6258
FAX (302) 658 0380
EMAIL jcw@cblhlaw.com
REPLY TO Wilmington Office

1990 M Street, NW. Suite 800
Washington DC 20036
TEL (202) 331 7111
FAX (202) 293 6229

WEB www.cblh.com

**VIA HAND DELIVERY**
The Honorable Kent A. Jordan
United States District Court
for the District of Delaware
844 North King Street
Lock Box 10
Wilmington, DE 19801

August 31, 2005

RE:    The Bancorp Bank v. William R. Nettles and Carole J. Nettles
       C.A. No. 1:05-cv-00203-KAJ

Dear Judge Jordan:

   This firm is counsel to William and Carole Nettles, Defendants in the above-referenced civil action.

   I have confirmed that the parties have settled the parallel civil action pending in the United States District Court of the Southern District of Mississippi, Eastern Division, *William R. Nettles and Carole J. Nettles v. A.G. Edwards & Sons, Inc.*, case number 4:05CV66-TSL-AGN. This settlement fully and finally resolves the case before Your Honor. Accordingly, we have circulated a Stipulation of Dismissal for eventual filing with the Court. If no Stipulation is filed before September 30, 2005, I will provide a further status report to the Court.

   I am available at the Court's convenience should Your Honor have any questions.

                                                    Respectfully,

                                                    Jeffrey C. Wisler

JCW/dap
cc:    Mr. and Mrs. William and Carole Nettles
       Thomas L. Webb, Esq. (via facsimile)
       Ronald J. Drescher, Esq. (via hand delivery)
       Clerk of the Court (via hand delivery)
#414655