IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| THE BANCORP BANK, | : | |
| | : | |
| Plaintiff, | : | C.A. No. 05-203 - KAJ |
| | : | |
| v. | : | |
| | : | |
| WILLIAM R. NETTLES, and | : | |
| CAROLE J. NETTLES, | : | |
| | : | |
| Defendants. | : | |

## STIPULATION OF DISMISSAL

PLEASE TAKE NOTICE that the undersigned counsel hereby stipulate and agree that the above-entitled action is hereby dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, with each party to bear its own costs.

Dated: September 14, 2005

| | |
|---|---|
| CONNOLLY BOVE LODGE & HUTZ LLP | DRESCHER & ASSOCIATES |
| By: **/s/ Jeffrey C. Wisler** | By: **Ronald J. Drescher** |
| Jeffrey C. Wisler (No. 2795) | Ronald J. Drescher (No. 4087) |
| Marc J. Phillips (No. 4445) | One Commerce Center |
| The Nemours Building | 1201 North Orange Street |
| 1007 North Orange Street | Suite 732 |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| Telephone (302) 658-9141 | Telephone (410) 484-9000 |
| Facsimile (302) 658-0380 | Facsimile (410) 484-8120 |
| jwisler@cblh.com | rondrescher@drescherlaw.com |
| mphillips@cblh.com | |
| | |
| -and- | -and- |
| | |
| Thomas L. Webb, Esq. | LAMM, RUBENSTONE, TOTARO & |
| 613 22nd Avenue | DAVID, LLC |
| Meridian, MS 39301 | Sherry D. Lowe, Esq. |
| | Four Greenwood Square |
| Attorneys for William and | Suite 200 |
| Carole Nettles | Bensalem, PA 19020 |
| | |
| | Attorneys for The Bancorp Bank |

#414475